**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6192**

---

ANDRE FLENNARD JONES EL,

Plaintiff - Appellant,

versus

WARDEN COMMANDING OFFICER, Sheriff; SERGEANT
BONNES, Medical Department Director, Medical
Director  Sheriff;  DONNA  MAYNE,  Medical
Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-01-34-2)

---

Submitted:  May 31, 2001              Decided:  June 8, 2001

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Andre Flennard Jones El, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre Flennard Jones El appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones El v. Warden, No. CA-01-34-2 (E.D. Va. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED